■ CHAMBERLAIN, D'AMANDA, OPPENHEIMER & GREENFIELD, LLP, Appellant-Respondent, v REBECCA P. WILSON, Respon-

dent-Appellant. [29 NYS3d 225]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Peradotto, Carni and DeJoseph, JJ.